In the Matter of the Transfer Tax upon the Estate of LUTHER G. CORWITH, Deceased.

LIZZIE W. CORWITH, Executrix, Appellant; THE STATE TAX COMMISSION, Respondent.

*Tax — transfer tax — appraisal of shares of stock forming part of estate — attachment of good will value*

Matter of Corwith, 222 App. Div. 816, affirmed.
(Submitted June 8, 1928; decided July 19, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 6, 1928, which unanimously affirmed an order of the Nassau County Surrogate's Court assessing a transfer tax upon the estate of Luther G. Corwith, deceased. Objection was raised to the attachment of a good will value in appraising shares of stock forming part of the estate of decedent.

*Joseph Epstein* for appellant.

*Percy D. Stoddart* and *Harry M. Peyser* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.